# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

**REBECCA M. MOSES**,            Case No. 22-46762-mar
                                                Chapter 11
       Debtor.                      Hon. Mark A. Randon
_____/

## ORDER DENYING
## MOTION FOR MANDATORY AND/OR PERMISSIVE ABSTENTION

This matter comes before the Court on the Motion for Mandatory and/or Permissive Abstention (the "Motion") (Docket No. 31) pursuant to 28 U.S.C. §§ 1334(c)(1) and (2). Due notice having been given, and the Court being advised of the premises and having heard the arguments of counsel:

**NOW, THEREFORE, IT IS HEREBY ORDERED that for the reasons stated in open court:**

(1)     The Motion is denied.

(2)     Mandatory abstention is denied and Permissive abstention is denied.

**Signed on October 19, 2022**



/s/ Mark A. Randon
_____
Mark A. Randon
United States Bankruptcy Judge